Gregory W. Mitchell
State Bar ID#: 00791285
greg@mitchellps.com – E-mail
THE MITCHELL LAW FIRM, L.P.
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
Attorneys for Debtor Robert Farrell Brinkley

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 18-40812** |
| **ROBERT FARRELL BRINKLEY,** | § | |
| | § | **Chapter 13** |
| *Debtor*. | § | |

## MOTION FOR APPROVAL OF MORTGAGE LOAN MODIFICATION

**A HEARING MAY NOT BE CONDUCTED HEREON UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, DALLAS, TEXAS 75242, ROOM 1254 <u>BEFORE CLOSE OF BUSINESS ON AUGUST 1, 2018</u>, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD. IF NO RESPONSE IS FILED OR IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

COMES NOW, Robert Farrell Brinkley ("**Debtor**"), Debtor in the above-entitled and numbered cause of action and files this Motion for Approval of Mortgage Loan Modification (the "**Motion**"), and would show the court as follows:

1. Debtor filed this case on April 19, 2018 (the "**Petition Date**").

2. As of the Petition Date, Debtor was in arrears to his mortgage company, Planet Home Lending ("**Planet**"), with respect to Debtor's homestead at 4302 Cheyenne Drive, Rowlett, Texas 75088 (the "**Property**"). Pursuant to Planet's Proof of Claim (POC #5), Debtor was in arrears in the amount of $17,891.36 as of the Petition Date.

3. Debtor has reached a loan modification agreement with Planet with respect to the Property, a copy of which is attached hereto as **Exhibit A** (the "**Loan Modification Agreement**").

4. Pursuant to the Loan Modification Agreement, all arrearages will be added to the principal loan balance, and Debtor shall be deemed current on his mortgage obligation, with payments beginning under the Loan Modification Agreement on September 1, 2018, and continuing until maturity on August 1, 2048.

5. If this Loan Modification Agreement is approved, Debtor will have fewer debts to pay through his Chapter 13 plan of reorganization, thereby providing a larger return to unsecured creditors or making it more likely that other creditors are paid in full.

6. Approval of the Loan Modification Agreement is believed to be in the best interests of the Debtor and all creditors. Therefore, Debtor urges that it be approved.

**WHEREFORE**, Debtor prays that the relief sought by Debtor be granted and the Loan

Modification Agreement as described herein be approved. Debtor seeks such other and further relief the court deems just and proper.

**DATED this 11th day of July, 2018.**

>Respectfully submitted,
>
>**/s/ Gregory W. Mitchell**
>Gregory W. Mitchell
>12720 Hillcrest Road, Suite 625
>Dallas, Texas 75230
>(972)463-8417 – Office
>(972)432-7540 – Facsimile
>State Bar ID: 00791285
>E-mail: greg@mitchellps.com
>ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, a true and correct copy of the foregoing was served via U.S. Mail and/or ECF to the parties and creditors of the Debtor listed on the attached master mailing matrix.

>THE MITCHELL LAW FIRM, L.P.
>
>/s/ **Gregory W. Mitchell**
>Gregory W. Mitchell
>Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 18-40812<br>Eastern District of Texas<br>Sherman<br>Wed Jul 11 13:20:29 CDT 2018 | Robert Farrell Brinkley Jr<br>4302 Cheyenne Drive<br>Rowlett, TX 75088-5100 | John Robert Callison<br>Barrett Daffin Frappier et al<br>4004 Belt Line Road, Ste 100<br>Addison, TX 75001-4320 |
| Eboney Cobb<br>Perdue Brandon Fielder Collins & Mott<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010-7457 | Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, Tx 75207-2328 | Abbey U. Dreher<br>Barrett Daffin Frappier Turner & Engel<br>4004 Beltline Road, Suite 100<br>Addison, TX 75001-4320 |
| Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Garland ISD<br>c/o Perdue Brandon Fielder et al<br>500 E Border St<br>Suite 640<br>Arlington, TX 76010-7457 | Garland ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Gregory W. Mitchell<br>12720 Hillcrest Road<br>Suite 625<br>Dallas, TX 75230-2163 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Melissa L. Palo<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 | Planet Home Lending<br>321 Research Pkwy, Suite 30<br>Meriden, CT 06450-8301 | Planet Home Lending, LLC<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Suite 100<br>Addison, TX 75001-4320 |
| Planet Home Lending, LLC<br>321 Research Parkway, Suite 303<br>Meriden, CT 06450-8342 | TOYOTA MOTOR CREDIT CORPORATION<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | LynAlise Katherine Tannery<br>Bonial & Associates, P.C.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 |
| The Mitchell Law Firm, L.P.<br>12720 Hillcrest Road, Suite 625<br>Dallas, Texas 75230-2163 | Toyota Financial Services<br>777 E. Campbell Road, Suite 20<br>Richardson, TX 75081-6713 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dallas County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, Tx 75207-2328 | (d)Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

(d)Toyota Motor Credit Corporation
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

End of Label Matrix
Mailable recipients    22
Bypassed recipients     4
Total                  26