

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 18-40812 |
| ROBERT FARRELL BRINKLEY, § | |
| § | Chapter 13 |
| *Debtor*. § | |

## ORDER GRANTING MOTION FOR
## APPROVAL OF MORTGAGE LOAN MODIFICATION

Before the Court is the Motion for Approval of Mortgage Loan Modification (the "**Motion**") filed by Debtor Robert Farrell Brinkley. After reviewing the pleadings, and finding that the Motion was properly served, and that no objections have been filed that have not been resolved, withdrawn or overruled, the Court believes that the Motion should be granted. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Loan Modification Agreement, a copy of which was attached to the Motion as Exhibit A, is hereby approved.

Signed on 8/7/2018

/s/ Brenda T. Rhoades                SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE