Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 18–40812
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Farrell Brinkley Jr
4302 Cheyenne Drive
Rowlett, TX 75088

Social Security / Individual Taxpayer ID No.:
xxx–xx–3831

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 3/4/20 at 01:00 PM

to consider and act upon the following:

Final Hearing Set (RE: related document(s)76 Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement As To 4302 Cheyenne Drive, Rowlett, TX 75088 Filed by Planet Home Lending, LLC (Attachments: # 1 Proposed Order # 2 Affidavit with pay history # 3 Affidavit certificate of service # 4 Exhibit – Note # 5 Exhibit – Deed of trust # 6 Exhibit – Loan modification) filed by Creditor Planet Home Lending, LLC). Hearing scheduled for 3/4/2020 at 01:00 PM at Plano Bankruptcy Courtroom. (mb)

Dated: 2/6/20

Jason K. McDonald
Clerk, U.S. Bankruptcy Court