THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT FARRELL BRINKLEY | § | CASE NO.  18-40812-R |
| XXX-XX-3831 | § | |
| 4302 CHEYENNE DRIVE | § | CHAPTER 13 |
| ROWLETT, TX  75088 | § | |
| | § | |
| DEBTOR | § | |

ORDER DENYING DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

CAME ON FOR HEARING the Trustee's Objection to Debtor's Motion to Modify Chapter 13 Plan After Confirmation and, after consideration, the Court finds grounds to grant the objection. It is therefore

ORDERED that the Debtor's Motion to Modify Chapter 13 Plan After Confirmation is hereby DENIED.